UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Hospitality Investment Corp.　　　　　Case No.　99-40370-SWR

　　　　　　　　　　　　　　　　　　Chapter　7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

　　　Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

　　　**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Twenty One Thousand Two Hundred Sixteen and 09/100 dollars ($21,216.09), of unclaimed funds held in the U.S. Treasury to:

　　　　　　　　CBS Corporation
　　　　　　　　c/o Keys Research
　　　　　　　　23630 SE 440th Street
　　　　　　　　Enumclaw, WA 98022

**Signed on February 09, 2009**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　**Chief Bankruptcy Judge**